VAN TUYL v. JESUP et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by George C. Van Tuyl, Jr., against Edward N. Jesup, impleaded. No opinion. Motion granted. Question certified as stated in order. Order filed.